# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                                     Case No. 09-cv-444-JM

$10,451.00 US Currency
Seized from Patrick Brooks

## O R D E R

As a result of the retirement of the Honorable James R. Muirhead as a Magistrate Judge

in this judicial district, this case shall reassigned to a District Judge effective June 1, 2010.

SO ORDERED.

Date: May 27, 2010

Steven J. McAuliffe
Chief Judge

cc:    Aixa Maldonado-Quinone, AUSA
        Michael E. Anderson, Esq.